## IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,  :  No. 59 EM 2016

          Respondent        :

               v.            :

ANDRE HOLMAN,              :

          Petitioner         :

## ORDER

**PER CURIAM**

    **AND NOW**, this 5th day of July, 2016, the Petition for Leave to File Petition for Allowance Appeal *Nunc Pro Tunc* is **GRANTED**. Although the failure to ensure the timely filing of a Petition for Allowance of Appeal was negligence, Petitioner is entitled to a counsel-filed allocatur petition. *See* Pa.R.Crim.P. 122. Counsel is directed to file the already-prepared Petition for Allowance of Appeal within 5 days.